UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 13-3144
_____

UNITED STATES OF AMERICA

v.

TUYEN QUANG PHAM,
              Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. 5-08-cr-00427-004)
District Judge:  Honorable Legrome D. Davis
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 9, 2015

Before:  FISHER, JORDAN and HARDIMAN, *Circuit Judges*.

_____

JUDGMENT ORDER
_____

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on September 8, 2014.  After consideration of all contentions raised by the Appellant, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered June 27, 2013, be and the same is hereby VACATED for the same reasons stated in this Court's decision in *United States v. Bui*, 769 F.3d 831 (3d Cir. 2014). Appellant's

petition is GRANTED and the case is REMANDED for further proceedings consistent with this order.

By the Court,
 s/ D. Michael Fisher
Circuit Judge

Attest:

 s/Marcia M. Waldron
Clerk

Dated: July 9, 2015